FILED
2022 Mar-02 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARITY HOWARD; ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:22-cv-0179-AMM |
| ) | |
| v. ) | |
| ) | |
| CITY OF HOMEWOOD, ALABAMA; ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS

Defendant City of Homewood moves the Court, under Federal Rule of Civil Procedure 12(b), to dismiss this lawsuit. <u>First</u>, the Complaint fails to state a claim upon which relief can be granted under Rule 12(b)(6). <u>Second</u>, the Complaint does not satisfy federal pleading standards. The City incorporates and adopts in this motion the memorandum supporting dismissal filed concomitantly with this motion. Dated: <u>March 2, 2022</u>.

Respectfully submitted,

/s/ *Wayne Morse*
Wayne Morse
Michael G. Kendrick
Attorneys for Defendant
City of Homewood

WALDREP, STEWART &
 KENDRICK, LLP
2850 19th Street South
Suite 370

Homewood, Alabama 35209
Telephone:(205) 254-3216
Facsimile: (205) 324-3802
Email: morse@wskllc.com
Email: kendrick@wskllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on March 2, 2022 by electronic filing and notification to the following:

Richard R. Newton
1203 Regal Avenue
Birmingham, Alabama 35213
*richardrussellnewton@gmail.com*

                                  */s/ Wayne Morse*
                                  Of Counsel