# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARITY HOWARD,** ) | |
| Plaintiff, ) | |
| v. ) | Case No: 2:22cv179 AMM |
| ) | |
| **CITY OF HOMEWOOD, AL,** ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

This matter comes before the court upon the Defendant's Motion to Dismiss, Doc. 30 and Plaintiff's Motion to Dismiss, Doc. 31.  Upon consideration thereof, the court **ORDERS** that this case be, and the same hereby is, **DISMISSED**, in its entirety, **WITH PREJUDICE**, with each party to bear their own costs and fees.

**DONE** and **ORDERED** this 20th day of December, 2023.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE